IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL DAVIS                                                                           PLAINTIFF

V.                              CASE NO. 4:17-CV-398-BD

WALGREEN COMPANY d/b/a
WALGREENS NO. 10059, *et al.*                                                 DEFENDANTS

## **ORDER**

The parties have notified the Court of their settlement of all claims. (Docket entry #42) Accordingly, the trial scheduled to begin September 10, 2018 is cancelled; all pending motions (#18, #21, and #37) are denied as moot; and the case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE